# NOTES OF CAUSES

## Decided During the Period comprised in this Volume and not Reported in Full.

No. 3253. VENABLE & HEYMAN *v.* CHAVOUS, November Term, 1893. This was an order PER CURIAM of December 5, 1893, refusing to reinstate an appeal dismissed by the clerk under Rules 1 and 2, "neither unavoidable causes for the default of the appellant nor mistake or inadvertence having been shown." *J. J. Brown*, for the motion. *I. L. Tobin*, contra.

No. 3254. HOLMES *v.* BOSTON & PORT ROYAL LUMBER COMPANY, November Term, 1893. This was an order, on motion, dismissing an appeal for want of prosecution, the appellant failing to appear on the call of the cause on the docket. PER CURIAM, December 5, 1893.

No. 3255. WITTE BROS. *v.* WEINBERG, November Term, 1893. This was a petition for the rehearing of the case reported in 37 S. C., 579, alleging error in some of the findings of fact and conclusions of law approved by this court in its opinion. On this petition there was endorsed PER CURIAM, December 6, 1893, the following order: "After a careful examination of this petition, we are unable to discover that the court has either overlooked or disregarded any material fact or principle of law, and there is, therefore, no ground for a rehearing. It is, therefore, ordered, that the petition be dismissed, and that the stay of the *remittitur* heretofore granted be revoked."